**SHAKED LAW GROUP, P.C.**
14 Harwood Court, Suite 415
Scarsdale, NY 10583
Tel: (917) 373-9128
Email: ShakedLawGroup@gmail.com
*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
LINDA SLADE, Individually and as the
representative of a class of similarly situated persons,

                            Plaintiff,

                  - against -

SKYLAR BODY, LLC,

                          Defendant.
-------------------------------------------------------------X

Case No.   1:23-cv-1383-JMF-SDA

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Linda Slade, by her attorneys, Shaked Law Group, P.C., and pursuant to FRCP 41(a)(1)(A)(i), hereby provides notice of voluntary dismissal, with prejudice, and without costs or attorneys' fees, of the above-referenced matter against Skylar Body, LLC in its entirety.

Dated: Scarsdale, New York
       April 13, 2023

                                              SHAKED LAW GOUP, P.C.
                                              Attorneys for Plaintiff

Any pending motions are moot. All conferences are canceled. The Clerk of Court is directed to close the case.

                                              By: _____
                                              Dan Shaked, Esq.
                                              14 Harwood Court, Suite 415

SO ORDERED.

                                              Scarsdale, NY 10583
                                              Tel. (917) 373-9128
                                              e-mail: ShakedLawGroup@Gmail.com

April 14, 2023